**DEREN, GENETT & MACREERY, P.C.**
ATTORNEYS AT LAW
28 EDGEMONT ROAD
KATONAH, NEW YORK  10536

---

(914) 232-8174
FAX (914) 232-0363

RICHARD A. GENETT, ESQ.
JOHN BRIAN MACREERY, ESQ.

EDWARD G. DEREN, ESQ. (1922-1997)

October 19, 2011

VIA ECF and UPS OVERNIGHT MAIL

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Suite 252
Brooklyn, NY 11201

    Re: **United States v. Jack Palazzo**
        09-CR-459 (ARR)

Dear Judge Ross:

    I am writing to request that the Court recommend to the Bureau of Prisons in its judgment that Jack Palazzo be designated to Federal Prison Camp-Pensacola in Pensacola, Florida. We are making the request to ensure that Mr. Palazzo is not housed with defendants against whom he has cooperated.

    I understand that this would be an out of district designation. However, Mr. Palazzo's cooperation with the government has directly led to the prosecution of three other defendants and indirectly led to the prosecution of ten additional former Con Ed employees. Mr. Palazzo testified at the trial of United States v. Hamm. It is respectfully requested that Mr. Palazzo be sentenced to a facility where none of these other defendants is likely to be housed.

                                                              Very truly yours,

                                                             John Brian Macreery

JBM/cd
cc:  AUSA Daniel Brownell (via ecf and first class mail)
     Joel Sickler (via email)
     Jack Palazzo